**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**RAYMOND ORRAND,**

       **Plaintiff,**

vs.                                                   **Case No.: 2:13-cv-504**
                                                          **JUDGE SMITH**
                                                          **Magistrate Judge King**

**SANJECTS GROUP, LLC,**

       **Defendants.**

## ORDER

On May 15, 2014, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that Plaintiff's Motion for Contempt be denied because the Audit Order was not served on Defendant.  The Report and Recommendation further ordered Plaintiff to provide the name and address of Defendant's principal and for the Court to served upon the identified principal a copy of the Audit Order.  (*See* R&R, Doc. 27).  The Court notes that Plaintiff has filed a notice identifying Defendant's principal and the Clerk sent a copy of the Audit Order to the principal.

The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.**

Plaintiff's Motion for Contempt is hereby **DENIED**.

The Clerk shall remove Documents 23 and 27 from the Court's pending motions list.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**