## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**RAYMOND ORRAND,**

        **Plaintiff,**

**vs.**
                                      **Case No.: 2:13-cv-504**
                                      **JUDGE SMITH**
                                      **Magistrate Judge King**

**SANJECTS GROUP, LLC,**

        **Defendants.**

### ORDER

On December 2, 2014, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that Plaintiff's Motion for Contempt (Doc. 44) be denied because neither party appeared at the hearing.  Plaintiffs apparently do not intend to pursue the motion.  The Report and Recommendation further noted that it remains unclear as to whether Plaintiffs have ever provided an effective address for Defendant or its principal.  (*See* R&R, Doc. 51).

The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so.  There has nevertheless been no objection to the *Report and Recommendation*.

Accordingly, the *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Motion for Contempt is hereby **DENIED**.

The Clerk shall remove Documents 44 and 51 from the Court's pending motions list.

**IT IS SO ORDERED**.

/s/ *George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**

2